UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| KOLON INDUSTRIES, INC., | No. 8:24-cv-00415-JVS-JDE |
|---|---|
| Plaintiff, | ORDER RE STIPULATION [Dkt. 79] |
| v. | |
| HYOSUNG ADVANCED MATERIALS CORP. AND HYOSUNG USA, INC., | |
| Defendants. | |

On September 25, 2024, the parties filed a Stipulation Regarding Discovery of Electronically Stored Information. Dkt. 79 ("Stipulation"). The parties are free to and encouraged to agree to discovery protocols within the confines of the applicable authorities and the parties are expected to comply with their agreements. The Court declines to enter the Stipulation as an order of the Court in this instance.

DATED: September 26, 2024

_____
JOHN D. EARLY
United States Magistrate Judge