JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kolon Industries, Inc., | Case No. 8:24-cv-00415-JVS-JDE |
| Plaintiff, | **ORDER DISMISSING WITHOUT PREJUDICE [169]** |
| v. | Honorable James V. Selna |
| HS Hyosung Advanced Materials Corp. and HS Hyosung USA, Inc., | |
| Defendants. | |

Before the Court is a Stipulation for Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, submitted by Plaintiff Kolon Industries, Inc. ("Plaintiff") and Defendants HS Hyosung Advanced Materials Corp. and HS Hyosung USA, Inc. (collectively, "Defendants") (altogether, the "Parties" and each individually, a "Party").

Having carefully considered the parties' Joint Stipulation of Dismissal without Prejudice,

**IT IS HEREBY ORDERED THAT** all claims asserted in this action are hereby dismissed without prejudice based on a Confidential Settlement Agreement between the Parties. Each Party shall bear its own fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: February 17, 2026     By: _____

HON. James V. Selna
United States District Judge